## 30179. HARTFORD ACCIDENT & INDEMNITY COMPANY v. MERCER.

JORDAN, Justice.

Upon further consideration of this case (*Mercer v. Doe,* 134 Ga. App. 818 (216 SE2d 339)), we have determined that the writ of certiorari was improvidently granted, and accordingly the case is dismissed.

*Application dismissed. All the Justices concur.*

ARGUED SEPTEMBER 3, 1975 — DECIDED SEPTEMBER 16, 1975.

*Harris, Watkins, Taylor & Davis, Joseph H. Chambless,* for appellant.

*Evans, Dozier, Mann & Wingate, L. Z. Dozier,* for appellee.